UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NOAH BANK.,

                     Plaintiff,                        18 Civ. 9550 (PAE)

      -v-                                                   ORDER

52 JP PARK CORP. and BISTRO MARKETPLACE 17
INC.,

                    Defendants.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        On February 28, 2019, Noah Bank filed a motion for default judgment. *See* Dkt. 17. The Court hereby orders that a hearing on Noah Bank's motion for default judgment be held on April 18, 2019, at 3.30 p.m. Noah Bank is directed to serve this Order, as well as its motion for default judgment and supporting papers, on both defendants and to file proof of such service by April 12, 2019.

        SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: March 4, 2019
       New York, New York