UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NOAH BANK,

                            Plaintiff,                      18 Civ. 9550 (PAE)

              -v-                                                     <u>JUDGMENT</u>

BISTRO MARKETPLACE 17, INC., and 52 JP PARK
CORP.,

                            Defendants.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      This action having been commenced on October 18, 2018, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendants, 52 JP Park Corp. and Bistro Marketplace 17, on January 2, 2019, by personal service upon Nancy Dougherty, authorized agent of the Secretary of State, State of New York, and proof having been filed January 2, 2019, and the defendants having not answered the Complaint, and the time answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED:  That the plaintiff have judgment against defendants in the principal amount of $1,781,789.49, interest in the amount of $346,356.74, and late fees in the amount of $5,491.35, amounting to $2,133,637.58 plus costs and disbursements of this action in the amount of $400 amounting in all to $2,134,037.58.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: April 18, 2019
       New York, New York